UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Victoria Nelson**, | ) |
| Plaintiff, | ) Case No. 1:10-cv-1142 |
| | ) |
| v. | ) Hon. Gordon J. Quist |
| | ) |
| **MS Services, LLC,** a Wyoming limited liability company, | ) |
| Defendant. | ) |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Victoria Nelson, through her attorney of record, and defendant MS Services, LLC, through its attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action with prejudice.

Dated: January 4, 2011

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
Consumerlawyer@aol.com

Dated: January 4, 2011

/s/ Boyd W. Gentry
Boyd W. Gentry (OH# 0071057)
Surdyk, Dowd & Turner Co., L.P.A.
Attorneys for Defendant
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
(937) 222-2333
bgentry@sdtlawyers.com