UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA NELSON,

        Plaintiff,                          Case No. 1:10–cv–01142–GJQ

    v.                                     Hon. Gordon J. Quist

MS SERVICES, LLC,

        Defendant.
_____/

## **ORDER**

The Stipulation of Dismissal (docket no. 4) is GRANTED.

IT IS SO ORDERED.

Dated: January 6, 2011                      /s/ Gordon J. Quist
                                                       GORDON J. QUIST
                                                       United States District Judge